BLANK ROME LLP
Proposed Attorneys for Debtor
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Michael Z. Brownstein
Andrew B. Eckstein
Rocco J. Cavaliere
and
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Joel C. Shapiro

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                           :
                                                 :   Case No. 09-15059 (AJG)
CHIYODA AMERICA, INC.,                           :   Chapter 11 Case
                                                 :
                         Debtor.                 :
------------------------------------------------------------X

# AMENDED AGENDA FOR AUGUST 25, 2009 "FIRST DAY" HEARING

**Time and Date of Hearing:**      **August 25, 2009 at 2:00 p.m. (Eastern Time)**
**Location of Hearing:**           The Honorable Judge Arthur J. Gonzalez
                                   United States Bankruptcy Court
                                   One Bowling Green, Room 523
                                   New York, New York 10004
**Copies of Motion:**              A copy of each pleading can be viewed and/or
                                   obtained by (i) accessing the Court's website at
                                   www.nysb.uscourts.gov, or (ii) contacting the
                                   Office of the Clerk of the Court at One
                                   Bowling Green, New York, New York 10004

**I.     Introduction and Request for First Day Hearing**

    **"Introduction" -**     Michael Z. Brownstein
                             Blank Rome LLP

## II. Motions to be Heard at the First Day Hearing

### A. Procedural Motions

1. **"Bar Date Motion"** – Debtor's Motion Pursuant To Bankruptcy Rule 3003(C)(3) and Section 502(B)(9) of The Bankruptcy Code For An Order Establishing The Deadline For Filing Proofs of Claim and Approving The Form And Manner of Notice Thereof (Docket No. 4). Requesting Bar Date of October 2, 2009 and February 22, 2010 for Governmental Agencies.

**2.** **"Disclosure Statement Hearing Date Request"** – Debtor's Request for Disclosure Statement Hearing Date of October 5, 2009 relating to Debtor's Motion For (i) Approval Of The Disclosure Statement; (ii) Approval Of The Notice Of Disclosure Statement Hearing; (iii) The Fixing Of The Voting Record Date; (ii) Approval Of The Notice And Objection Procedures In Respect Of Confirmation Of The Plan Of Reorganization; (v) Approval Of Solicitation Packages And Procedures For Distribution Thereof; (vi) Approval Of The Forms Of Ballots And Establishment Of Procedures For Voting On The Plan Of Reorganization; (vii) Approval Of The Forms Of Notices To Non-Voting Classes Under The Plan Of Reorganization; (viii) The Fixing Of The Voting Deadline To Accept Or Reject The Plan; and (ix) Approval Of Procedures For Vote Tabulations (Docket No. 5).

3. **"Notice and Case Management Motion"** - Motion For an Order, Pursuant To Section 105(A) of The Bankruptcy Code and Rules 1015(C) and 9007 of The Federal Rules of Bankruptcy Procedure, Authorizing Certain Notice and Case Management Guidelines (Docket No. 19).[1]

### B. Operational Motion

1. **"DIP"** – Debtor's Motion For Interim Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 And 364 (i) Authorizing Secured Post-Petition Financing on a Superpriority Basis; (ii) Approving Agreements Related To The Foregoing; (iii) Modifying Automatic Stay; (iv) Granting Related Relief; and (v) Seeking Final Hearing Date for Approval of Post-Petition Financing (Docket No. 16).

---

[1] Notice and Case Management Motion has been added to the Agenda.

2. **"Wages, Compensation and Employee Benefits"** – Debtor's Motion Pursuant To Sections 105(A) And 363(B) of The Bankruptcy Code For an Order Authorizing Payment Of Wages, Compensation and Employee Benefits (Docket No. 9)

3. **"Cash Management Systems"** – Debtor's Motion Pursuant To Sections 105(a), 363(C) And 364(a) of The Bankruptcy Code For Authorization To (i) Continue Using Existing Cash Management System, (ii) Maintain Existing Bank Accounts and Business Forms, and (iii) Waive Requirements Of Section 345(B) of The Bankruptcy Code (Docket No. 10)

4. **"Garden City Group"** – Debtor's Application To Employ and Retain The Garden City Group, Inc. as Claims and Noticing Agent For The Debtor (Docket No. 6)

Dated: New York, New York
August 20, 2009

Respectfully submitted,

BLANK ROME LLP

*/s/ Michael Z. Brownstein*
Michael Z. Brownstein
Andrew B. Eckstein
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
and
Joel C. Shapiro
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

*Proposed Attorneys for Debtor*