# United States Bankruptcy Court
## Southern District Of New York


RECEIVED FEB 17 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

In re Chiyoda America, Inc,     Case No. 09-15059 (AJG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| National Union Fire Insurance Company of Pittsburgh, PA | Nagase America Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Union Fire Insurance
Company of Pittsburgh, PA
c/o SILVERMANACAMPORA, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen, Esq.

Court Claim # (if known): 35
Amount of Claim: $293,129.50
Date Claim Filed: September 21, 2009

Phone: (516)-479-6300      Phone: (212) 703-1365
Last Four Digits of Acct #:_____    Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: February 11, 2010
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BP/D297821v/F055476

# United States Bankruptcy Court
## Southern District Of New York

In re Chiyoda America, Inc,   Case No. 09-15059 (AJG)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 35 (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Nagase America Corporation | National Union Fire Insurance Company of Pittsburgh, PA |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Nagase America Corporation<br>546 5th Avenue, 16th Floor<br>New York, NY 10036-5000<br>Attn: Seiji Nishimura, President | National Union Fire Insurance<br>Company of Pittsburgh, PA<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen |

RECEIVED FEB 17 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

BP/D297821v/F055476